No. 1010. PIERACCINI ET AL. *v.* UNITED STATES. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Homer L. Loomis* and *Charles Ruzicka* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 1011. SCHIAFFINO ET AL. *v.* UNITED STATES. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Homer L. Loomis* and *Charles Ruzicka* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 1019. BACH ET AL., EXECUTORS, *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. April 13, 1942. The motion to defer consideration of the petition for writ of certiorari is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is denied. *Messrs. Henry S. Drinker* and *Frederick E. S. Morrison* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.